02-13-010-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00010-CR

 

 


 
 
 Daniel Gary
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 367th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered “Appellant’s Motion To Dismiss Appeal.”  The motion complies
with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

PER
CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  February 14,
2013








 









[1]See Tex. R. App. P. 47.4.